UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB MUZUMALA,

                Plaintiff,

      -against-

CITY OF NEW YORK; DANIEL W. TEITZ;
CHERYL CONTENTO; BRONXWORKS;
PROJECT RENEWAL; GAIL CRICK;
EBONY WEBB; TAMARA GAYLE; SUSAN
BRADY; JANE DOE; JOHN DOE,

                Defendants.

22-CV-8423 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 10, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    October 10, 2023
          New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
             Chief United States District Judge